No. 88–5629.   ANDREWS v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–5639.   ARMAS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 88–5745.   SLABAUGH v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 88–5883.   DOUD v. WISCONSIN.   Ct. App. Wis.   Certiorari denied.

No. 88–5889.   MADDUX v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 88–5891.   RAYBORN v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 88–5893.   GOLDEN v. GOLDEN.   Super. Ct. N. J., App. Div. Certiorari denied.

No. 88–5901.   LEE v. DUTTON, WARDEN, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 88–5902.   JENKINS v. NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 88–5912.   RODEN v. MOORE ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 88–5931.   KENDALL v. WILLIAMS, WARDEN.   Sup. Ct. Va. Certiorari denied.

No. 88–5933.   LAMBERTH v. MUNCY, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 88–5934.   FEAGIN v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 88–5936.   DAVIS v. CITY OF TUCSON.   C. A. 9th Cir. Certiorari denied.

No. 88–5940.   MCCABE v. SANDNESS.   C. A. 10th Cir.   Certiorari denied.